UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

KHAU THANH LE,

    Defendant.

CASE NO. CR06-0027C

ORDER

This matter comes before the Court on Defendant Khau Thanh Le's agreed motion to continue the trial date in this matter. (Dkt. No. 30.) The Court having reviewed the stipulated motion papers, the Court finds that a failure to grant the requested continuance as to Defendant Le would deny him reasonable time for effective preparation for a scheduled settlement conference and trial, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

The Court also finds that the ends of justice will be served by continuing the trial date as to Defendant Le, and that a continuance is necessary to ensure effective preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER – 1

1   For these reasons, the Court hereby GRANTS Defendant Le's motion and ORDERS that the trial
2   date as to Defendant Le be continued from May 3, 2006, to June 12, 2006.  All other pretrial deadlines
3   remain unchanged.
4   The Court further ORDERS that the time between the former trial date and the new trial date be
5   excludable time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).
6   SO ORDERED this 18th day of April, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE

26  ORDER – 2