1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

KHAU TRANH LE,

              Defendants.

**Case No.** CR06-0027JCC

Minute Order
Re: Settlement Conference

THIS matter was referred to U.S. Magistrate Judge J. Kelley Arnold for a settlement conference by the Honorable John C. Coughenour.   The parties and counsel met with the court this date.  The defendant was assisted by interpreter, Paul Tu.

The parties entered into an oral plea agreement.  The parties intend to reduce the plea agreement to writing and schedule the same for consideration by the court prior to May 12, 2006.

Entered by Deputy Clerk, */s/Kelly Miller*, this 2nd day of May 2006.